**No. 51273.**—Protests 104402–K, etc., of Caradine Hat Co. (St. Louis).

Opinion by TILSON, J. It was stipulated that the merchandise consists of hats of the same kind in all material respects as those the classification of which was involved in Abstract 49035. In accordance therewith the claim of the plaintiff was sustained.